# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144822 & (53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM STUART TAVERNIER,
        Defendant-Appellant.

SC: 144822
COA: 302678
Wayne CC: 10-006463-FH

_____/

      On order of the Court, counsel for the defendant having filed a Suggestion of Death establishing the defendant's death following the filing of his application for leave to appeal the January 26, 2012 judgment of the Court of Appeals, we DISMISS the application with prejudice and without costs. The motion by counsel to vacate the previously entered opinions, orders and judgments is DENIED. We REMAND this case to the Wayne Circuit Court for any further proceedings that it may deem necessary with respect to bond.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

p0716

_____
Clerk